## *Prince Frederick* and *Dolphin* vs. *St. Jacques*, 1746

At a Court of Vice Admiralty held at Newport in the Colony of Rhode Island, on Wednesday the 25th day of June A. D. 1746 Before the Hon$^{ble}$ W$^m$ Strengthfield Esq$^r$ D. Judge The Court being Opened, Peter Marshall of Newport in the County of Newport Gent$^n$ Commander of the Private man of Warr Called the Prince Frederick on Oath made answer to the following Ques.

*Ques* 1st  When where and by whom, was the ship, bro<sup>t</sup> into this Port as Prize taken

*An<sup>r</sup>*  on the 27th Day of May last past off Cape Samana on the Island of Hyspaniola, the s<sup>d</sup> Ship was taken, by me and Cap<sup>t</sup> Jonson late Commander of the Private man of Warr, Called the Dolphin

*Ques.* 2<sup>d</sup>  What number of persons was their on board, and of what Nation

*An<sup>r</sup>*  Their were about Fifty or Sixty persons, all of whom were French man, Saving one or two Negroes.

*Ques* 3<sup>d</sup>  What number of Cannon, was their on b<sup>d</sup> the s<sup>d</sup> Prize

*An<sup>r</sup>*  There was Sixteen Carrage Guns

*Ques.*  Had you any Ingagement with the s<sup>d</sup> Ship and what

*An<sup>r</sup>*  I Engaged her about an hour, with the other Vessel whereof Cap<sup>t</sup> Jonson was Com<sup>r</sup> during w<sup>h</sup> time we exchanged Eight or Nine broadsides, and then she Struck

*Ques.* 4  Are all the papers now produced in Court the same that were found on board the s<sup>d</sup> Prize at the Time of Capture without any Subduction addition or Embezelment

*An<sup>r</sup>*  The papers found on board were delivered to Eb<sup>r</sup> Trowbridge who had the care and command of the s<sup>d</sup> prize

*Ques.* 5.  What was the reason of y<sup>r</sup> not bringing the late Cap<sup>t</sup> of the s<sup>d</sup> prize into Port

*An<sup>r</sup>*  In the Engagement he was wounded with a Shott in the Arm w<sup>h</sup> was the reason of my leaving him on Shore.

Peter Marshall

Philip Webster of New York in the Province of New York Mar<sup>r</sup> and mate of the Private man of Warr called the Dolphin, whereof was late Com<sup>r</sup> Jonathan Jonson, Upon his Oath declared to the truth of the foregoing Answers, and that the s<sup>d</sup> Jonathan Jonson during the afores<sup>d</sup> Ingagement Re<sup>d</sup> a mortal wound by a Shott he Rec<sup>d</sup> through both his thighs whereof he died in about an hour

Phillip Webster

Eben<sup>r</sup> Trobridge of Newport in the County of Newport Ma<sup>rr</sup> and Leiut of the Private Man of Warr Prince Frederick, made oath to the truth, of the answers, of the s<sup>d</sup> Peter Marshall, and further added that all the papers now produced in Court, were all that were found on board, at the Time of Capture without Fraud addition Subduction or Embezelment

Ebenezer Trobridg

John Rowlong one of the Marriers, belonging to the Ship Call'd the S<sup>t</sup> Jack bro<sup>t</sup> in here as Prize whereof was Com<sup>r</sup> Mon<sup>r</sup> Enrico Juliene La Motte, upon his oath made ans<sup>r</sup> to the following Questions, Viz

*Ques:* Have you any knowledge of the s^d Ship and what declare

*An^r* I knew her First at S^t Maloes, about the M^o of April last past, and was there Shipped, as a Mar^r to proceed a Voyage from thence to Cape Francois and sailed from S^t Maloes the 12th of s^d m^oh and on or about the 27th day of May last past was taken, about Thirty Leagues from Cape Francesois by two English privateers,

*Ques:* Had y^r Com^r any Commission Or Letter of Marque Reprisal to take English Vessels

*An^r* Yes.

*Ques.* What number of persons were their on board the s^d Ship at the time of Capture.

*An^r* About Fifty

*Ques.* had you any Ingagement with the English privateers and what

*An^r* We Ingaged them about Eight hours

*Ques.* Did you loose any men in the Ingagement and how many.

*An^r* We had two Men killed in the Ingagement, and our Cap^t wounded in the Arm.

*Ques.* What number of Cannon was there on board, your Ship

*An^r* Sixteen Carrage Guns

*Ques.* What did the Cargo on board the s^d Shipp consist off

*An^r* Wine, oyl, Dry goods, and Cole etc.

*Ques.* Have you any knowledge where the s^d Ship was built Declare.

*An^r* She was built at S^t Maloes.

*Ques.* Have you any knowledge of the owners of S^d Ship

*An^r* She belonging to one de Coudre Derra, a Mer^t of S^t Maloes.

Jean Rolan

John Julian one of the Marriners, on board the Ship brought in here as Prize, Upon his oath in Court made oath to the truth of the foregoing Answers of John Rowlong.

Jean Juliene.

Pierre Mouche, one of the mariners on board the S^d Ship upon his oath declares, to the truth of the Answers made by John Rowlong, saving that he first knew the s^d Ship in the month of Feby. last past, and that he hath no knowledge where the said Ship was built

p Mouchel

At a Court of Vice Admiralty held at Newport in the Colony of Rhode Island on Thursday the 3^d day of July A. D. 1746

Present The Hon^ble W^m Strengthfield Esq^r D. Judge The Court being opened The Libel, Monition etc. being Read in Court also a petition preferred by Cap^t Pe^r Marshall and Tho^s Randall was Read in Court John

Rowlong a Ma<sup>rr</sup> taken on board the Prize Ship the S<sup>t</sup> Jacques, being sworn in Court to make true answers to all Questions. Viz

*Ques.* What knowledge have you of those two Negroes, Libelled against as afores<sup>d</sup>

*An<sup>r</sup>* One of them his name is Emanuel, who I understood had been a Soldier Six Months amongst the Portiquese, and Some time among the French, I always understood he was free, and was hired by the Cap<sup>t</sup> at 10 Crowns P month to perform a Voyage to the Cape, as to the other whoes name was Peters, he was taken out of an English Vessel, by a French Privateer and was to be carried to the Cape to be Sold,

M<sup>r</sup> Honeyman adv<sup>o</sup> for the Captors made a Motion to the Court, with respect to settling The Quantum. What Each privateer should Share of the Prize. It was agreed that the Captors should chose two Gent<sup>n</sup> and the Judge a Third, the Three agreed upon Viz Benj<sup>m</sup> Wickham Wat: Cranston W<sup>m</sup> Mumford. The Court ordered that a warrant should be sent forth for that purpose The Court was adjourned untill Morrow at 9 of the Clock A M And opened on Saturday the 5th of July at which time his Hon<sup>r</sup> the Dep: Judge Pronounced his Decree